IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | Individual Case No.:  1:18-op-46277-DAP<br><br>JUDGE DAN AARON POLSTER |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties hereto and pursuant to Federal Rule of Civil Procedure 41(a) that the above entitled action be discontinued and dismissed without prejudice as against defendant Miami-Luken, Inc. and without costs to either party as against the other.

Respectfully submitted,

SIMMONS HANLY CONROY LLC

By */s/ Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
112 Madison Avenue, 7th Floor
New York, NY 10016
Ph: 212-784-6400
Fax:212-213-5949

*Attorneys for Plaintiffs*

JACKSON KELLY PPLC

*/s/ Laurie M. Miler*
P. O. Box 553
Charleston, WV 25322
Tel: (304) 340-1000
Fax:  (304) 340-1050

*Attorneys for Miami-Luken, Inc.*

So ordered.  /s/Dan Aaron Polster 1/29/19